**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**BRANDON G. EDMONDS,**

      **Plaintiff,**

**vs.**                                          **Case No.: 2:16-cv-921
JUDGE GEORGE C. SMITH
Magistrate Judge Jolson**

**LICKING COUNTY,** *et al.***,**

      **Defendants.**

## ORDER

On January 6, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending this case be dismissed for want of prosecution. (Doc. 3). On September 27, 2016, Plaintiff was ordered to pay the $400.00 filing fee or file an application to proceed *in forma pauperis* within thirty days, and further notified that failure to do so would result in dismissal of this case for want of prosecution. (Doc. 2). Because Plaintiff failed to do as ordered, the Magistrate Judge now recommends that this case be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Order and Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed for want of prosecution. The Clerk shall remove Document 3 from the Court's pending motions list and close this case.

      **IT IS SO ORDERED**.

      */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**